End mot VAC

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT    2003 OCT -6    P 2: 33

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES OF AMERICA    :

v.    :    No. 3:02CV1394 (PCD)

$144,313.17, et al.    :    October 6, 2003

FILED

PLAINTIFF UNITED STATES OF AMERICA'S
MOTION TO VACATE TRIAL DATE

The United States of America (the "United States") hereby moves the Court to vacate the November 3, 2003 trial date in the above-captioned case based on the reasons set forth below, and to issue the proposed Order submitted herewith.

1. The above-captioned case is a civil asset forfeiture matter, the underlying facts of which are also the subject matter of a pending criminal investigation being conducted by the Federal Bureau of Investigation in conjunction with the Connecticut U.S. Attorney's Office. The parallel criminal case involves allegations that a tax preparer defrauded several customers out of substantial sums of money through a series of deceptive representations and financial transactions. The criminal matter is at the investigative, pre-Indictment stage, and plea negotiations are occurring. It is reasonably anticipated that the case may be amenable to a disposition short of trial.

2. Commencing the civil asset forfeiture trial before resolution of the parallel criminal prosecution would likely impose substantial, duplicative litigation burdens upon the Court and upon the parties to the criminal case, and would risk jeopardizing the ongoing criminal investigation. If the criminal case is resolved first - whether by plea or by trial - that disposition would almost

---

*Handwritten margin note:* October 16, 2003, Granted in part. The case will remain on the trial ready list but will not be assigned for actual trial awaiting resolution of the criminal case. The parties shall report to the court on the status of this matter on or before December 1, 2003.