# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

-against-

(1) $144,313.77 IN U.S. CURRENCY, SEIZED
FROM ACCOUNT NUMBER 670-026-779,
HELD IN THE NAME OF STEPHEN P. CORSO,
JR., AT UNION SAVINGS BANK, DANBURY,
CONNECTICUT,

**APPEARANCE**

FILED

Oct 27  12 44 PM '03

CASE NUMBER:  3:02-CV-1394 (PCD)

U.S. DISTRICT COURT
NEW HAVEN, CONN.

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for:**   Andrew Carduner  and  Wendy Carduner

October 24, 2003
_____
**Date**

CT25208
_____
**Connecticut Federal Bar Number**

(212) 818-8800
_____
**Telephone Number**

(212) 818-8881
_____
**Fax Number**

rrothberg@graubard.com
_____
**E-mail address**

_Robert N. Rothberg_
_____
**Signature**

Robert N. Rothberg
_____
**Print Clearly or Type Name**

Graubard Miller
_____
**Address**

600 Third Avenue
New York, New York   10016
_____

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

| | |
|---|---|
| Shelley R. Sadin | Zeldes, Needle & Cooper, 1000 Lafayette Blvd., PO Box 1740, Bridgeport, CT 203-333-9441 |
| Jeffrey M. Sklarz | Zeisler & Zeisler, P.C., 558 Clinton Ave., Po Box 3186, Bridgeport, CT 203-368-4234 |
| David X. Sullivan | U.S. Attorney's Office, 157 Church St., PO Box 1824 23rd Floor, New Haven, CT 203-821-3700 |
| Julie G. Turbert | U.S. Attorney's Office, 157 Church St., PO Box 1824 23rd Floor, New Haven, CT 203-821-3700 |

_Robert N. Rothberg_
_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001