UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| USA,                          : | |
|     Plaintiff,          : | CIVIL NO. 3:02CV1394 (PCD) |
| -VS-                          : | |
| $144,313.77, et al.    : | |
|     Defendants.    : | |

### ORDER OF TRANSFER

In the interest of justice, the above captioned case is hereby transferred to the Honorable Janet C. Hall. All further pleadings or documents in this matter shall be filed with the Clerk's Office in Bridgeport, and shall bear the docket number 3:02cv1394 (JCH). Pleadings or documents related to this matter and submitted to any other seat of court will be refused by the Clerk's Office and returned to you unfiled. See Local Rule 7(a)(1).

SO ORDERED.

Dated at New Haven, Connecticut, May 24, 2005.

                                                  /s/
                                                Peter C. Dorsey
                                                U.S. District Judge