UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:02CV1394 (JCH) |
| | : | |
| (1) $144,313.77 IN U.S. CURRENCY, | : | |
| SEIZED FROM ACCOUNT NUMBER | : | |
| 670-026-779, HELD IN THE NAME OF | : | |
| STEPHEN P. CORSO, JR., AT | : | |
| UNION SAVINGS BANK, DANBURY, | : | |
| CONNECTICUT, | : | |
| | : | |
| (2) $94,232.67 IN U.S. CURRENCY, | : | |
| SEIZED FROM ACCOUNT NUMBER | : | |
| 660-027-460, HELD IN THE NAME OF | : | |
| STEPHEN P. CORSO, JR., AT | : | |
| UNION SAVINGS BANK, DANBURY, | : | |
| CONNECTICUT, | : | |
| | : | |
| AND | : | January 3, 2007 |
| | : | |
| (3) $250,597.59 IN U.S. CURRENCY, | : | |
| SEIZED FROM ACCOUNT NUMBER | : | |
| 048-453236, HELD IN THE NAME OF | : | |
| STEPHEN P. CORSO, JR., AT | : | |
| PRUDENTIAL SECURITIES, NEW | : | |
| YORK, NEW YORK, | : | |
| | : | |
| [CLAIMANT: STEPHEN P. CORSO, JR.] | : | |

STIPULATED FORFEITURE AGREEMENT

In full and final satisfaction of any and all claims, demands, and liens from which

PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), its agents, subrogees,

successors, and assigns, now have against the above-captioned currency defendants, the

PLAINTIFF and the CLAIMANT, STEPHEN P. CORSO, JR. ("CLAIMANT"), and his agents,

subrogees, successors, and assigns, by and through their respective counsel, hereby stipulate and agree to the compromise settlement of the above-styled action upon the terms and conditions set forth below:

    1.    That the CLAIMANT agrees to the forfeiture of (1) ONE HUNDRED FORTY-FOUR THOUSAND THREE HUNDRED THIRTEEN DOLLARS AND 77/100 ($144,313.77) in United States currency, seized from account number 670-026-779, held in the name of Stephen P. Corso, Jr., at Union Savings Bank, Danbury, Connecticut, (2) NINETY-FOUR THOUSAND TWO HUNDRED THIRTY-TWO DOLLARS AND 67/100 ($94,232.67), in United States currency, seized from account number 660-027-460, held in the name of Stephen P. Corso, Jr., at Union Savings Bank, Danbury, Connecticut, and (3) TWO HUNDRED FIFTY THOUSAND FIVE HUNDRED NINETY-SEVEN DOLLARS AND 59/100, in United States currency, seized from account number 048-453236, held in the name of Stephen P. Corso, Jr., at Prudential Securities, New York, New York, to be disposed of according to law. CLAIMANT agrees to the forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) or (C).

    2.    The CLAIMANT, STEPHEN P. CORSO, JR., further agrees that neither he nor any current or future agents, representatives, subrogees, assigns or successors, shall appear in or pursue any action or proceeding at law or in equity to contest the forfeiture of (1) ONE HUNDRED FORTY-FOUR THOUSAND THREE HUNDRED THIRTEEN DOLLARS AND 77/100 ($144,313.77) in United States currency, seized from account number 670-026-779, held in the name of Stephen P. Corso, Jr., at Union Savings Bank, Danbury, Connecticut, (2) NINETY-FOUR THOUSAND TWO HUNDRED THIRTY-TWO DOLLARS AND 67/100 ($94,232.67), in United States currency, seized from account number 660-027-460, held in the

name of Stephen P. Corso, Jr., at Union Savings Bank, Danbury, Connecticut, and (3) TWO HUNDRED FIFTY THOUSAND FIVE HUNDRED NINETY-SEVEN DOLLARS AND 59/100, in United States currency, seized from account number 048-453236, held in the name of Stephen P. Corso, Jr., at Prudential Securities, New York, New York.

3. CLAIMANT, STEPHEN P. CORSO, JR., further consents to any Motion for Decree of Forfeiture, filed hereafter, consistent with the terms of this Stipulation.

4. That the CLAIMANT hereby releases and forever discharges the United States of America, the Federal Bureau of Investigation, and the United States Marshals Service, their officers, agents, servants, and employees, their heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the forfeiture action involving the above-captioned currency defendants.

5. That the CLAIMANT further agrees to hold and save the United States of America, the Federal Bureau of Investigation, the United States Marshals Service, their servants, employees, heirs, successors, or assigns harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits or claims of any character whatsoever, in connection with the forfeiture action involving the above-captioned currency defendants.

6. This Stipulation for Compromise Settlement shall not constitute an admission of liability or fault on the part of the UNITED STATES, its officers, agents, servants, or employees, or on the part of the CLAIMANT, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

7.  The UNITED STATES and the CLAIMANT agree to bear their own costs and attorneys' fees, and to execute and/or consent to, any additional documents necessary to implement the terms of this stipulated agreement and in the related forfeiture action.

                                            Respectfully submitted,

                                            KEVIN J. O'CONNOR
                                            UNITED STATES ATTORNEY

DATE                                          JULIE G. TURBERT
                                            ASSISTANT U.S. ATTORNEY
                                            ATTORNEY BAR # ct23398
                                            157 CHURCH STREET
                                            NEW HAVEN, CT  06510
                                            TELEPHONE:  (203) 821-3700
                                            FAX: (203) 773-5373
                                            EMAIL:  Julie.Turbert@usdoj.gov

                                            COUNSEL FOR PLAINTIFF,
                                            UNITED STATES OF AMERICA

DATE                                          ANDREW B. BOWMAN, ESQ.
                                            ATTORNEY BAR # ct
                                            1804 POST RD. EAST
                                            WESTPORT, CT 06880
                                            TELEPHONE: 203-259-0599
                                            FAX: 203-255-2570
                                            EMAIL: Andrew.Bowman@snet.net

                                            COUNSEL FOR THE CLAIMANT
                                            STEPHEN P. CORSO, JR.

DATE                                          STEPHEN P. CORSO, JR.
                                            CLAIMANT

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Stipulated Forfeiture Agreement has been mailed, postage prepaid, on this 3rd day of January, 2007, to:

Andrew B. Bowman, Esq.
1804 Post Road East
Westport, CT  06880

Shelley R. Sadin, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740

Robert N. Rothberg, Esq.
Graubard Miller
600 Third Avenue
New York, NY 10016

Jeffrey M. Sklarz, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605-0186

                                            JULIE G. TURBERT
                                            ASSISTANT U.S. ATTORNEY
                                            ATTORNEY BAR # ct23398
                                            157 CHURCH STREET
                                            NEW HAVEN, CT  06510
                                            TELEPHONE:  (203) 821-3700
                                            FAX: (203) 773-5373
                                            EMAIL:  Julie.Turbert@usdoj.gov