UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | : | |
| v. | : | CIVIL ACTION NO.<br>3:02-CV-1394(JCH) |
| $144,313.77, et al<br>Defendant | : | JANUARY 9, 2007 |

## ORDER OF TRANSFER

The Honorable Janet C. Hall hereby transfers the above-identified case to the docket of **The Honorable Stefan R. Underhill** for all purposes.

All future pleadings and filings in this case shall be filed with the Clerk's Office in **Bridgeport**, and bear docket number **3-02-cv-1394(SRU)**. Pleadings or documents related to this action and filed in any other seat of Court will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a).]

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 9th day of January, 2007.

Janet C. Hall
United States District Judge