UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:02CV1394 (JCH) |
| | : | |
| (1) $144,313.77 IN U.S. CURRENCY, | : | |
| SEIZED FROM ACCOUNT NUMBER | : | |
| 670-026-779, HELD IN THE NAME OF | : | |
| STEPHEN P. CORSO, JR., AT | : | |
| UNION SAVINGS BANK, DANBURY, | : | |
| CONNECTICUT, | : | |
| | : | |
| (2) $94,232.67 IN U.S. CURRENCY, | : | |
| SEIZED FROM ACCOUNT NUMBER | : | |
| 660-027-460, HELD IN THE NAME OF | : | |
| STEPHEN P. CORSO, JR., AT | : | |
| UNION SAVINGS BANK, DANBURY, | : | |
| CONNECTICUT, | : | |
| | : | |
| AND | : | March 5, 2007 |
| | : | |
| (3) $250,597.59 IN U.S. CURRENCY, | : | |
| SEIZED FROM ACCOUNT NUMBER | : | |
| 048-453236, HELD IN THE NAME OF | : | |
| STEPHEN P. CORSO, JR., AT | : | |
| PRUDENTIAL SECURITIES, NEW | : | |
| YORK, NEW YORK, | : | |
| | : | |
| [CLAIMANTS: STEPHEN P. CORSO, JR., | : | |
| ANDREW CARDUNER, WENDY | : | |
| CARDUNER, AND STEPHEN EPSTEIN] | : | |

## STIPULATED FORFEITURE AGREEMENT
## BETWEEN THE UNITED STATES AND ANDREW AND WENDY CARDUNER

In full and final satisfaction of any and all claims, demands, and liens from which

PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), its agents, subrogees,

successors, and assigns, now have against the above-captioned currency defendants, the

PLAINTIFF and the CLAIMANTS, ANDREW AND WENDY CARDUNER ("CLAIMANTS"), and their agents, subrogees, successors, and assigns, by and through their respective counsel, hereby stipulate and agree to the compromise settlement of the above-styled action upon the terms and conditions set forth below:

1. That the CLAIMANTS agree to the forfeiture of (1) ONE HUNDRED FORTY-FOUR THOUSAND THREE HUNDRED THIRTEEN DOLLARS AND 77/100 ($144,313.77) in United States currency, seized from account number 670-026-779, held in the name of Stephen P. Corso, Jr., at Union Savings Bank, Danbury, Connecticut, (2) NINETY-FOUR THOUSAND TWO HUNDRED THIRTY-TWO DOLLARS AND 67/100 ($94,232.67), in United States currency, seized from account number 660-027-460, held in the name of Stephen P. Corso, Jr., at Union Savings Bank, Danbury, Connecticut, and (3) TWO HUNDRED FIFTY THOUSAND FIVE HUNDRED NINETY-SEVEN DOLLARS AND 59/100, in United States currency, seized from account number 048-453236, held in the name of Stephen P. Corso, Jr., at Prudential Securities, New York, New York, to be disposed of according to law. CLAIMANTS agree to the forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) or (C).

2. That the CLAIMANTS, ANDREW AND WENDY CARDUNER, further agree that neither they nor any current or future agents, representatives, subrogees, assigns or successors, shall appear in or pursue any action or proceeding at law or in equity to contest the forfeiture of (1) ONE HUNDRED FORTY-FOUR THOUSAND THREE HUNDRED THIRTEEN DOLLARS AND 77/100 ($144,313.77) in United States currency, seized from account number 670-026-779, held in the name of Stephen P. Corso, Jr., at Union Savings Bank, Danbury, Connecticut, (2) NINETY-FOUR THOUSAND TWO HUNDRED THIRTY-TWO DOLLARS

AND 67/100 ($94,232.67), in United States currency, seized from account number 660-027-460, held in the name of Stephen P. Corso, Jr., at Union Savings Bank, Danbury, Connecticut, and (3) TWO HUNDRED FIFTY THOUSAND FIVE HUNDRED NINETY-SEVEN DOLLARS AND 59/100, in United States currency, seized from account number 048-453236, held in the name of Stephen P. Corso, Jr., at Prudential Securities, New York, New York.

3.  That the CLAIMANTS, ANDREW AND WENDY CARDUNER, as non-owner victims of the offenses committed by Stephen P. Corso, Jr. which form the underlying basis for the civil forfeiture, consent to have their claims resolved through the Department of Justice's Petition for Remission or Mitigation pursuant to the procedures set forth in 28 C.F.R. §§ 9.1-9.9.

4.  That the CLAIMANTS, ANDREW AND WENDY CARDUNER, further consent to any Motion for Decree of Forfeiture, filed hereafter, consistent with the terms of this Stipulation.

5.  That the CLAIMANTS hereby release and forever discharge the United States of America, the Federal Bureau of Investigation, and the United States Marshals Service, their officers, agents, servants, and employees, their heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the forfeiture action involving the above-captioned currency defendants.

6.  That the CLAIMANTS further agree to hold and save the United States of America, the Federal Bureau of Investigation, the United States Marshals Service, their servants, employees, heirs, successors, or assigns harmless from any claims by any others, including costs

and expenses for or on account of any and all lawsuits or claims of any character whatsoever, in connection with the forfeiture action involving the above-captioned currency defendants.

7. This Stipulation for Compromise Settlement shall not constitute an admission of liability or fault on the part of the UNITED STATES, its officers, agents, servants, or employees, or on the part of the CLAIMANTS, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

8. The UNITED STATES and the CLAIMANTS agree to bear their own costs and attorneys' fees, and to execute and/or consent to, any additional documents necessary to implement the terms of this stipulated agreement and in the related forfeiture action.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

3/5/07
DATE

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct23398
157 CHURCH STREET
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5373
EMAIL: Julie.Turbert@usdoj.gov

COUNSEL FOR PLAINTIFF,
UNITED STATES OF AMERICA

3/2/07
DATE

_____
SHELLEY R. SADIN, ESQ.
ATTORNEY BAR # ct
ZELDES, NEEDLE & COOPER
1000 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
TELEPHONE: 203-333-9441
FAX: 203-333-1489
EMAIL: ssadin@znclaw.com

COUNSEL FOR THE CLAIMANTS
ANDREW AND WENDY CARDUNER

2/12/07
DATE

_____
ANDREW CARDUNER
CLAIMANT

_____
DATE

_____
WENDY CARDUNER
CLAIMANT

5

3/2/07
DATE

*[signature]*

SHELLEY R. SADIN, ESQ.
ATTORNEY BAR # ct
ZELDES, NEEDLE & COOPER
1000 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
TELEPHONE: 203-333-9441
FAX: 203-333-1489
EMAIL: ssadin@znclaw.com

COUNSEL FOR THE CLAIMANTS
ANDREW AND WENDY CARDUNER

2/12/07
DATE

*[signature]*

ANDREW CARDUNER
CLAIMANT


DATE

WENDY CARDUNER
CLAIMANT

5

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Stipulated Forfeiture Agreement between the United States and Andrew and Wendy Carduner has been mailed, postage prepaid, on this 5th day of March, 2007, to:

Andrew B. Bowman, Esq.
1804 Post Road East
Westport, CT 06880

Shelley R. Sadin, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740

Robert N. Rothberg, Esq.
Graubard Miller
600 Third Avenue
New York, NY 10016

Jeffrey M. Sklarz, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605-0186

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct23398
157 CHURCH STREET
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5373
EMAIL: Julie.Turbert@usdoj.gov