UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:02CV1394 (SRU) |
| | : | |
| (1) $144,313.77 IN U.S. CURRENCY, | : | |
| SEIZED FROM ACCOUNT NUMBER | : | |
| 670-026-779, HELD IN THE NAME OF | : | |
| STEPHEN P. CORSO, JR., AT | : | |
| UNION SAVINGS BANK, DANBURY, | : | |
| CONNECTICUT, | : | |
| | : | |
| (2) $94,232.67 IN U.S. CURRENCY, | : | |
| SEIZED FROM ACCOUNT NUMBER | : | |
| 660-027-460, HELD IN THE NAME OF | : | |
| STEPHEN P. CORSO, JR., AT | : | |
| UNION SAVINGS BANK, DANBURY, | : | |
| CONNECTICUT, | : | |
| | : | |
| AND | : | June 12, 2007 |
| | : | |
| (3) $250,597.59 IN U.S. CURRENCY, | : | |
| SEIZED FROM ACCOUNT NUMBER | : | |
| 048-453236, HELD IN THE NAME OF | : | |
| STEPHEN P. CORSO, JR., AT | : | |
| PRUDENTIAL SECURITIES, NEW | : | |
| YORK, NEW YORK, | : | |
| | : | |
| [CLAIMANTS: STEPHEN P. CORSO, JR., | : | |
|  ANDREW CARDUNER, WENDY | : | |
|  CARDUNER, AND STEPHEN EPSTEIN] | : | |

MOTION FOR DECREE OF FORFEITURE

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, and Rule G(5) of the

Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, the Plaintiff, United

States of America, respectfully moves this Court for entry of a Decree of Forfeiture.

A supporting memorandum and proposed Decree of Forfeiture are filed herewith.

                                               Respectfully submitted,

                                               KEVIN J. O'CONNOR
                                               UNITED STATES ATTORNEY

_____ _____
                                               JULIE G. TURBERT
                                               ASSISTANT U.S. ATTORNEY
                                               ATTORNEY BAR # ct23398
                                               157 CHURCH STREET
                                               NEW HAVEN, CT 06510
                                               TELEPHONE: (203) 821-3700
                                               FAX: (203) 773-5373
                                               EMAIL: Julie.Turbert@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Decree of Forfeiture has been mailed, postage prepaid, on this 12th day of June, 2007, to:

Andrew B. Bowman, Esq.
1804 Post Road East
Westport, CT  06880

Shelley R. Sadin, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740

Robert N. Rothberg, Esq.
Graubard Miller
600 Third Avenue
New York, NY 10016

Jeffrey M. Sklarz, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605-0186

 

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct23398
157 CHURCH STREET
NEW HAVEN, CT  06510
TELEPHONE:  (203) 821-3700
FAX: (203) 773-5373
EMAIL:  Julie.Turbert@usdoj.gov