UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:02CV1394 (SRU) |
| | : | |
| (1) $144,313.77 IN U.S. CURRENCY, | : | |
| SEIZED FROM ACCOUNT NUMBER | : | |
| 670-026-779, HELD IN THE NAME OF | : | |
| STEPHEN P. CORSO, JR., AT | : | |
| UNION SAVINGS BANK, DANBURY, | : | |
| CONNECTICUT, | : | |
| | : | |
| (2) $94,232.67 IN U.S. CURRENCY, | : | |
| SEIZED FROM ACCOUNT NUMBER | : | |
| 660-027-460, HELD IN THE NAME OF | : | |
| STEPHEN P. CORSO, JR., AT | : | |
| UNION SAVINGS BANK, DANBURY, | : | |
| CONNECTICUT, | : | |
| | : | |
| AND | : | |
| | : | |
| (3) $250,597.59 IN U.S. CURRENCY, | : | |
| SEIZED FROM ACCOUNT NUMBER | : | |
| 048-453236, HELD IN THE NAME OF | : | |
| STEPHEN P. CORSO, JR., AT | : | |
| PRUDENTIAL SECURITIES, NEW | : | |
| YORK, NEW YORK, | : | |
| | : | |
| [CLAIMANTS: STEPHEN P. CORSO, JR., | : | |
| ANDREW CARDUNER, WENDY | : | |
| CARDUNER, AND STEPHEN EPSTEIN] | : | |

DECREE OF FORFEITURE

On August 12, 2002, a Verified Complaint of Forfeiture against the currency defendants,

(1) $144,313.77 in United States currency, seized from account number 670-026-779, held in the

name of Stephen P. Corso, Jr., at Union Savings Bank, Danbury, Connecticut, (2) $94,232.67 in

United States currency, seized from account number 660-027-460, held in the name of Stephen P. Corso, Jr., at Union Savings Bank, Danbury, Connecticut, and (3) $250,597.59 in United States currency, seized from account number 048-453236, held in the Name of Stephen P. Corso, Jr., at Prudential Securities, New York, New York, ("currency defendants"), was filed on behalf of the Plaintiff, United States of America.  The Complaint alleges that the currency defendants were involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956 and 1957, and therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A), or which constitute or are derived from proceeds traceable to an offense constituting "specified unlawful activity" (as defined in 18 U.S.C. § 1956(c)(7)), namely mail and wire fraud in violation of 18 U.S.C. §§ 1341 and 1343, or conspiracy to commit such offenses, and are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

    It appearing that process was fully issued in this action and returned according to law;

    That pursuant to a Warrants of Arrest <u>In Rem</u> issued by this Court on August 12, 2002, the United States Marshal for the District of Connecticut personally served the in rem warrants for currency defendants (1) $144,313.77 in United States currency, from account number 670-026-779, held in the name of Stephen P. Corso, Jr., at Union Savings Bank, Danbury, Connecticut, (2) $94,232.67 in United States currency, from account number 660-027-460, held in the name of Stephen P. Corso, Jr., at Union Savings Bank, Danbury, Connecticut, on James Cavanaugh, Assistant Vice President, Union Savings Bank, on August 28, 2002, and on February 9, 2007, the funds at Union Savings Bank were released to the United States Marshals Service pursuant to the warrants;

That pursuant to a Warrant of Arrest In Rem issued by this Court on August 12, 2002, the United States Marshals Service seized $250,597.59 in United States currency, from account number 048-453236, held in the Name of Stephen P. Corso, Jr., at Prudential Securities, New York, New York, on August 30, 2002;

That on August 21, 28, and September 4, 2002, notice of this action was published in the Connecticut Post newspaper;

That on April 29, 2003, the United States Marshals Service personally served Andrew B. Bowman, Esq., attorney for Stephen P. Corso, Jr., with the Verified Complaint of Forfeiture and three Warrants of Arrest in rem;

That on April 25, 2003, Stephen G. Epstein, a non-owner victim, filed a Verified Statement of Interest and Verified Answer and Special Defense pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

That on August 7, 2003, Andrew and Wendy Carduner, non-owner victims, filed a Verified Statement of interest pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

That on September 15, 2003, Andrew and Wendy Carduner filed a Verified Answer Counterclaim pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

That on January 4, 2007, the Plaintiff, United States of America, and Stephen P. Corso, Jr. entered into a Stipulated Forfeiture Agreement, in which Stephen P. Corso, Jr. agreed to the forfeiture of the currency defendants to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(A) or (C), which agreement was approved by the Court on February 6, 2007;

That on March 5, 2007, the Plaintiff United States of America, and Andrew and Wendy Carduner entered into a Stipulated Forfeiture Agreement, in which the Carduners agreed to the forfeiture of the currency defendants to the United States of America, and as non-owner victims agreed to have their claims resolved through the Department of Justice's Petition for Remission or Mitigation procedures set forth in 28 C.F.R. §§ 0.1-9.9, which agreement was approved by the Court on March 9, 2007; and

That the non-owner victim claims of Andrew and Wendy Carduner, and Stephen G. Epstein, who have filed Statements of Interest in this case, and any other non-owner victims who choose to file a Petition for Remission or Mitigation, will be addressed by the United States upon entry of a decree of forfeiture pursuant to the Department of Justice's Regulations Governing the Remission or Mitigation of Civil and Criminal Forfeiture, or Restoration Policy, which authorize the United States Attorney General to transfer or restore forfeited property to non-owner victims pursuant to 28 C.F.R. § 9, and 18 U.S.C. § 981(e)(6), respectively.

Now, therefore, on motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the default as to all persons having any right, title or interest the currency defendants, (1) $144,313.77 in United States currency, seized from account number 670-026-779, held in the name of Stephen P. Corso, Jr., at Union Savings Bank, Danbury, Connecticut, (2) $94,232.67 in United States currency, seized from account number 660-027-460, held in the name of Stephen P. Corso, Jr., at Union Savings Bank, Danbury, Connecticut, and (3) $250,597.59 in United States currency, seized from account

number 048-453236, held in the Name of Stephen P. Corso, Jr., at Prudential Securities, New York, New York, be and is hereby entered herein; and it is further

ORDERED, ADJUDGED AND DECREED that the currency defendants, (1) $144,313.77 in United States currency, seized from account number 670-026-779, held in the name of Stephen P. Corso, Jr., at Union Savings Bank, Danbury, Connecticut, (2) $94,232.67 in United States currency, seized from account number 660-027-460, held in the name of Stephen P. Corso, Jr., at Union Savings Bank, Danbury, Connecticut, and (3) $250,597.59 in United States currency, seized from account number 048-453236, held in the Name of Stephen P. Corso, Jr., at Prudential Securities, New York, New York, be forfeited to the United States of America and disposed of according to law.

Dated at Bridgeport, Connecticut, this _____ day of _____, 2007.

_____
STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing proposed Decree of Forfeiture has been mailed, postage prepaid, on this 12th day of June, 2007, to:

Andrew B. Bowman, Esq.
1804 Post Road East
Westport, CT  06880

Shelley R. Sadin, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740

Robert N. Rothberg, Esq.
Graubard Miller
600 Third Avenue
New York, NY 10016

Jeffrey M. Sklarz, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605-0186

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct23398
157 CHURCH STREET
NEW HAVEN, CT  06510
TELEPHONE:  (203) 821-3700
FAX: (203) 773-5373
EMAIL:  Julie.Turbert@usdoj.gov